STATE OF TEXAS
353 JUDICIAL COURT
TRAVIS COUNTY
AUSTIN, TX 78757

TRIAL NO D1GN13003480
APPEAL NO 031500167-CV

TO THE HONORABLE COURT:

NOW COMES RAY HILL 582603, AS OF 4/17/2015, I AM ON A DIFFERENT

UNIT, IAM AT HIGHTOWER UNIT, 902FM686, DAYTON, TEXAS 77535, NO

LONGER AT ELLIS UNIT IN HUNTSVILLE, TX 77343,

$132.003 TCP&RCODES I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING

IS TRUE AND CORRECT.

RAY HILL 582603

HIGHTOWER 902FM686

DAYTON, TX 77535

4/20/15

RECEIVED
APR 2 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

CC 353rd
DIST. CT

Hill 247 ST263
Wildflower 902 em Cpt
Baytown, TX 77535

S Paule

STATE OF TEXAS
3rd DIST- County or Atony
P.o. Box 12547
Austin TX 78711-2547

NORTHERN HOUSTON TX 773
22 JUN 2015 PM 2
FOREVER
USA
2014